# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3719

_____

Diane Bryant,

        Appellant,

v.

Mercy Hospital Medical Center,

        Appellee.

\* \* \* \* \* \* \* \* \* \*

Appeal from the United States
District Court for the
Southern District of Iowa.

[UNPUBLISHED]

_____

Submitted: May 7, 2003
Filed: May 13, 2002

_____

Before BOWMAN, WOLLMAN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Diane Bryant appeals the District Court's[1] adverse grant of summary judgment in her discrimination action against her former employer. Having carefully reviewed the record de novo, see Forrest v. Kraft Foods, Inc., 285 F.3d 688, 691 (8th Cir. 2002), we find that the grant of summary judgment was proper based on the summary judgment record before the District Court, and that summary judgment would still

---

[1]The Honorable Thomas J. Shields, United States Magistrate Judge for the Southern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c) (2000).

have been proper even if the District Court had not applied the local rule[2] that Bryant challenges.   Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The pertinent part of the rule at issue states that "[t]he failure to respond, with appropriate citations to the appendix, to an individual statement of material fact [in a response to a summary judgment motion] constitutes an admission of that fact." S.D. Iowa R. 56.1(b) (2003).